**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**  **CRIMINAL ACTION NO. 1:03CR97**

**TOMMY HICKS**

### ORDER

This cause is before the Court on the defendant's Motion for Home Confinement [102]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. Pursuant to 18 U.S.C. § 3582(c), the Court is without authority to modify a term of imprisonment except under very limited circumstances which the Court has determined are inapplicable in the instant case. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Home Confinement [102] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 13th day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE